IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

RAVI DUTT,

      Plaintiff,

vs.                                                                  No. 26-2143

MELISSA B. HARPER, et al.,

      Defendants.

---

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

---

Before the Court is a motion for Vano I. Haroutunian of Ballon Stoll P.C., to appear on behalf of Plaintiff, filed on February 13, 2026. (ECF No. 7).  After considering the motion and attached documents, the Court finds that it meets all the requirements of LR 83.4(d). The motion is thus GRANTED.  Vano I. Haroutunian is admitted pro hac vice to appear on Plaintiff's behalf in the above-captioned matter. IT IS SO ORDERED, this 12th day of March, 2026.

s/Mark S. Norris
MARK S. NORRIS
UNITED STATES DISTRICT COURT JUDGE