**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

RAVI DUTT,

     Petitioner,

v.                                                                Case No. 2:26-cv-02143-MSN-atc

MELLISSA B. HARPER, Acting Director
New Orleans ICE Enforcement and Removal
Operations Field Office,

     Respondent.

---

## JUDGMENT

---

**JUDGMENT BY COURT.**  This action came before the Court on Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), filed February 12, 2026.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 11), filed April 23, 2026, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

April 27, 2026
Date